EDMUND F. BENNETT, Plaintiff, *v.* JOHN I. THOMPSON et al., Appellants.

In the Matter of the Application of CLARA F. BENNETT to Revive and Continue, etc., Respondent.

(Argued June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made Febuary 13, 1894, which affirmed an order of Special Term granting a motion to revive and continue this action.

*Henry J. Speck* for appellants.

*George R. Donnan* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE CENTRAL NATIONAL BANK of Troy, Respondent, *v.* THE FORT ANN WOOLEN COMPANY et al., Appellants.

(Argued June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 13, 1894, which affirmed an order of Special Term denying a motion to vacate and set aside a warrant of attachment.

*Edgar T. Brackett* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm on opinion of Special Term.
All concur.
Order affirmed.